CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 23 2019

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## DANVILLE DIVISION

| | |
|---|---|
| SHAWON T. COLES, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 4:18-CV-64 |
| | ) |
| BANK OF AMERICA, N.A., | ) |
| | ) By:  Michael F. Urbanski |
| Defendant | ) Chief United States District Judge |
| | ) |

## ORDER

The parties to this case have filed a joint stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, advising that they have agreed to dismiss this action with prejudice, with each party to bear their own attorneys' fees, expenses, and costs. Accordingly, this case is hereby **DISMISSED with prejudice** and **STRICKEN** from the active docket of the court.

It is so **ORDERED**.

ENTERED:  09/20/19

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge